IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Braxton, Cleophus | Case Number: 08 B 17531 |
|---|---|---|
|  | Braxton, Luella P | Judge: Wedoff, Eugene R |
|  | Printed: 01/29/09 | Filed: 7/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed: October 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,857.38 |  |
| Secured: |  | 2,826.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,844.00 |
| Trustee Fee: |  | 400.01 |
| Other Funds: |  | 786.77 |
| Totals: | 6,857.38 | 6,857.38 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,844.00 | 2,844.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 34,387.23 | 1,950.00 |
| 5. | Honor Finance | Secured | 6,956.59 | 454.00 |
| 6. | American General Finance | Secured | 4,434.29 | 422.60 |
| 7. | Indymac Bank | Secured | 3,703.16 | 0.00 |
| 8. | Internal Revenue Service | Priority | 12,393.39 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 281.57 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 61.90 | 0.00 |
| 11. | Chase Bank USA NA | Unsecured | 108.61 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 3,813.87 | 0.00 |
| 13. | Macy's | Unsecured | 1,356.70 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 496.80 | 0.00 |
| 15. | Honor Finance | Unsecured | 905.00 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 189.11 | 0.00 |
| 17. | Partners Financial Services | Unsecured | 8,868.44 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 201.39 | 0.00 |
| 19. | Capital One | Unsecured | 825.42 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 489.53 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 404.20 | 0.00 |
| 22. | Jefferson Capital Systems LLC | Unsecured | 620.85 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 564.49 | 0.00 |
| 24. | PRA Receivables Management | Unsecured | 2,797.39 | 0.00 |
| 25. | Loan Machine | Unsecured | 990.29 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 498.62 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Braxton, Cleophus | Case Number: 08 B 17531 |
|---|---|---|
| | Braxton, Luella P | Judge: Wedoff, Eugene R |
| | Printed: 01/29/09 | Filed: 7/8/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Santander Consumer USA | Unsecured | 2,989.40 | 0.00 |
| 28. | City Of Chicago | Secured | | No Claim Filed |
| 29. | ARS | Unsecured | | No Claim Filed |
| 30. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 31. | Capital One | Unsecured | | No Claim Filed |
| 32. | Applied Card Bank | Unsecured | | No Claim Filed |
| 33. | Collection | Unsecured | | No Claim Filed |
| 34. | Citibank | Unsecured | | No Claim Filed |
| 35. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 36. | GEMB | Unsecured | | No Claim Filed |
| 37. | Payday Loan | Unsecured | | No Claim Filed |
| 38. | National Cash Lenders | Unsecured | | No Claim Filed |
| 39. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 40. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 41. | Revenue Security Services | Unsecured | | No Claim Filed |
| 42. | Salute Visa | Unsecured | | No Claim Filed |
| 43. | Loan Machine | Unsecured | | No Claim Filed |
| 44. | Sonnenchein Financial Service | Unsecured | | No Claim Filed |
| 45. | Target National Bank | Unsecured | | No Claim Filed |
| 46. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 47. | Zip 19 | Unsecured | | No Claim Filed |
| 48. | Payday Loan | Unsecured | | No Claim Filed |
| | | | $ 91,182.24 | $ 5,670.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 41.66 |
| 6.6% | 358.35 |
| | $ 400.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

